JS-6

BRENT M. FINCH, ESQ., S.B. #202866
bfinch@brentfinchlaw.com
**FINCH LAW**
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel: (818) 595-7714
Fax: (818) 999-2269

Attorneys for Defendant,
BUDGET VAN LINES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 09-09120

| | |
|---|---|
| RUSS TOKIWA and SUSAN MAYNARD, <br><br> Plaintiff(s), <br><br> v. <br><br> C&S TRANSPORTATION SERVICES, INC.; BUDGET VAN LINES; ALL TRADE TRUCK AND TRAILER; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: CV 09-120-GRK (AGRx) *not* <br><br> [PROPOSED] ORDER ON STIPULATION TO REMAND <br><br> Complaint served: November 13, 2009 <br> Removal Date: December 11, 2009 <br> Remand Hearing: February 22, 2010 |

1

**[PROPOSED] ORDER ON STIPULATION TO REMAND**
(Budget-Tokiwa) Proposed Order Stipulation to Remand

# [PROPOSED] ORDER ON PARTIES' STIPULATION

The Court shall remand this action to the Los Angeles County Superior Court. Each party is responsible for its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: February 11, 2010          _____Gary Klausner_____
                                 Honorable _____
                                 United States District Court Judge

FINCH LAW
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367